UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            )
                                      )
                 Petitioner,          )
        v.                            )
                                      )
ESTELLA ROSENFIELD,                   )
                                      )
                 Respondent.          )
_____)

**PETITION TO ENFORCE INTERNAL REVENUE SUMMONS**

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney in and for the Southern District of Florida, avers to this Court as follows:

I

This proceeding for enforcement of an Internal Revenue Service ("Service") summons is brought pursuant to §§ 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.). This Court has jurisdiction of this action pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

II

T. Janis is a revenue officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business Self Employed Collection Division, Internal Revenue Service, South Atlantic Area, Fort Lauderdale with a post of duty in Plantation, Florida. As a revenue officer, she is authorized

-1-

to issue Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602.

### III

The respondent, Estella Rosenfield, currently resides in Delray Beach, Florida, which is within the jurisdiction of this Court.

### IV

Revenue Officer T. Janis is conducting an investigation for the purpose of determining the federal income tax liability of the respondent (Form 1040) for the year 2008 and for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws for the years under investigation. The Internal Revenue Service does not seek to enforce that portion of the summons as it reflects tax year 2009.

### V

As part of the investigation, on April 1, 2010, Revenue Officer Janis issued an Internal Revenue Service summons (Form 6638) directing the respondent to appear before the revenue officer, or any other designated agent of the Internal Revenue Service, on April 16, 2010 to give testimony and to produce for examination and copying certain books, records, papers, or other data, as described the said summons. An attested copy of the

summons was served on the respondent by Revenue Officer Janis on April 1, 2010, by leaving an attested copy of the summons with Trinity, over the age of 16, at the last and usual place of abode of the person to whom it was directed. A copy of the summons is attached to the declaration of Revenue Officer Janis as Exhibit A-1 and incorporated herein by reference.

VI

On April 16, 2010, the respondent appeared in response to the summons but did not provide the information and/or documentation as requested in the summons.

VII

On June 14, 2010, Associate Area Counsel sent a letter to the respondent offering another opportunity to appear, this time before Revenue Officer Janis on June 25, 2010, to satisfy the summons. A copy of that letter is attached to the declaration as Exhibit A-2. On June 25, 2010, in response to this correspondence, the respondent failed to appear. A mutual extension of time to comply was granted through July 9, 2010. The respondent did not appear.

VIII

The respondent's refusal to comply with the summons with respect to the year 2008 continues to the date of this petition.

IX

The respondent has in her possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation with respect to the year 2008.

X

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, and other data sought by the summons for the year 2008, in order to determine the Federal income tax liability of Estella Rosenfield (Form 1040) for the year 2008.

XI

Except for some Wage Tax Statements (Form W-2) and Form 1099 information sought by the summons which may be in the possession of the Internal Revenue Service, but are not readily accessible without undue administrative burden and expense, the information, books, records, papers, and other data sought by the summons for the year 2008 is not already in the possession of the Internal Revenue Service.

XII

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

XIII

A Justice Department referral, as defined by § 7602(c)(2) of the Internal Revenue Code of 1986, is not in effect as to the federal income tax liability of Estella Rosenfield for the year 2008.

WHEREFORE the petitioner, respectfully prays:

1. That this Court enter an order directing the respondent to show cause, if any, why she should not comply with and obey the aforementioned summons with respect to Estella Rosenfield for the tax year 2008 and each and every requirement thereof;

2. That the Court enter an order directing the respondent to appear before Revenue Officer Janis, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer Janis and/or her designee, and to give testimony and produce for examination and copying the books, papers, records, or other data concerning Estella Rosenfield for the tax year 2008 as demanded by the summons;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as it deems just and proper; and

5. That this Court further order that petitioner be given thirty (30) days from the date of the Order within which to serve respondent with the same.

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

Date: _11/19/10_____    By: s/Marilynn K. Lindsey
                                  MARILYNN K. LINDSEY
                                  Florida Bar No.230057
                                  Assistant U.S.Attorney
                                  E-mail:Marilynn.Lindsey@usdoj.gov
                                  United States Attorney's Office
                                  500 E. Broward Blvd., Suite 700
                                  Fort Lauderdale, Florida 33394
                                  Tel: (954) 660-5770
                                  Fax: (954) 356-7180
                                  Attorney for Petitioner